IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| GERALD D. DUNLAP, JR., et al., | : | |
| Plaintiffs, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 16-5679 |
| | : | |
| CALIBER HOME LOANS, INC., | : | |
| Defendant. | : | |
| | : | |

## ORDER

**AND NOW**, this 10th day of August, 2017, upon consideration of Defendant's Motion to Dismiss (Dkt No. 3) and Plaintiffs' Response thereto (Dkt No. 7), it is hereby

**ORDERED** that Defendant's Motion is **GRANTED** in part and **DENIED** in part.

Defendant's Motion is **GRANTED** as it relates to Count II of the Complaint. Count II of Plaintiffs' Complaint is hereby **DISMISSED** with prejudice.

Defendant's Motion is **DENIED** as it relates to Count I of the Complaint.

An Order scheduling the parties' Rule 16 Conference with the Court will issue forthwith.

BY THE COURT:

/s/ C. Darnell Jones, II
C. DARNELL JONES, II     J.